HONORABLE ROBERT B. LEIGHTON

06-CV-05254-ORD

FILED ____ LODGED
____ RECEIVED

JUN 12 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                  DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, TACOMA

JAMES PORTMANN and DEBBIE PORTMANN, husband and wife,

Plaintiffs,

vs.

GUIDANT CORPORATION, an Indiana For-Profit Domestic Corporation; GUIDANT SALES CORPORATION, an Indiana For-Profit Domestic Corporation; FRANCISCAN HEALTH SYSTEM, a Washington Public Benefit Corporation, dba ST. JOSEPH MEDICAL CENTER; CARDIAC PACEMAKERS, INC., a Minnesota Foreign Business corporation; DOES 1 through 20, inclusive,

Defendants.

NO. C06-5254RBL

**STIPULATION AND ORDER ALLOWING AMENDMENT OF SUMMONS AND COMPLAINT**

**STIPULATION**

The undersigned attorneys of record for plaintiffs JAMES PORTMANN and DEBBIE PORTMANN, and defendants GUIDANT CORPORATION, GUIDANT SALES CORPORATION and FRANCISCAN HEALTH SYSTEM, stipulate to the entry of an order allowing plaintiffs to amend the Summons and Complaint in this matter by naming as an additional party defendant CARDIAC PACEMAKERS, INC., a Minnesota Foreign business corporation. No other changes or amendments to the original Summons or Complaint are sought by this stipulation and order. This Stipulation and Order is presented pursuant to FRCP 15(a).

STIPULATION AND ORDER ALLOWING AMENDMENT OF
SUMMONS AND COMPLAINT

LAW OFFICES OF
DAVID A. BUFALINI
A PROFESSIONAL SERVICE CORPORATION
2915 N. McCarver
Suite 100
Tacoma, WA 98403-3036
Telephone (253) 272-2100
Fax (253) 272-6006
www.bufalinilaw.com

1  DATED this 8 day of ~~May~~ June, 2006.

LAW OFFICES OF DAVID A. BUFALINI, P.S.

*[signature]*
David A. Bufalini                 8262
Attorney for Plaintiffs

FAIN SHELDON ANDERSON & VANDERHOEF

*see attached*
Philip J. VanDerhoef               14564
Attorney for Defendant Franciscan Health System

WILLIAMS KASTNER & GIBBS

*[signature]*
Kimberly D. Baker                  14257
Attorney for Defendants Guidant Corporation and Guidant Sales Corporation

### ORDER

THIS MATTER having come before the court on the stipulation of the plaintiffs and defendants to allow plaintiffs to amend their Summons and Complaint to add the above-referenced additional defendant, and the court having been advised in the premises, it is now, therefore,

ORDERED that the plaintiffs shall be allowed to amend their Summons and Complaint to add the additional defendant referenced above.

DONE IN OPEN COURT this _____ day of ~~May~~ June, 2006.

The Honorable Robert B. Leighton

STIPULATION AND ORDER ALLOWING AMENDMENT OF
SUMMONS AND COMPLAINT                    - 2 -

LAW OFFICES OF
DAVID A. BUFALINI
A PROFESSIONAL SERVICE CORPORATION
2815 N. McCarver
Suite 100
Tacoma, WA 98403-3530
Telephone (253) 272-2100
Fax (253) 272-9918
www.bufalinilaw.com

1   DATED this _8_ day of ~~May~~ June, 2006.

2

3                               LAW OFFICES OF DAVID A. BUFALINI, P.S.

4

5                               _See attached_
                                David A. Bufalini                    8262
6                               Attorney for Plaintiffs

7                               FAIN SHELDON ANDERSON & VANDERHOEF

8
                                _/s/ Philip J. VanDerhoef_
9                               Philip J. VanDerhoef                 14564
                                Attorney for Defendant Franciscan Health System
10

11                              WILLIAMS KASTNER & GIBBS

12

13                              _See attached_
                                Kimberly D. Baker                    14257
14                              Attorney for Defendants Guidant Corporation and Guidant
                                Sales Corporation
15

16
                                            **ORDER**
17
        THIS MATTER having come before the court on the stipulation of the plaintiffs and
18
defendants to allow plaintiffs to amend their Summons and Complaint to add the above-referenced
19
additional defendant, and the court having been advised in the premises, it is now, therefore,
20
        ORDERED that the plaintiffs shall be allowed to amend their Summons and Complaint to
21
add the additional defendant referenced above.
22
        DONE IN OPEN COURT this _9th_ day of ~~May~~ June, 2006.
23

24
                                        _/s/ Ronald B. Leighton_
25                                      The Honorable Robert B. Leighton

26

27

28
STIPULATION AND ORDER ALLOWING AMENDMENT OF
SUMMONS AND COMPLAINT                - 2 -

LAW OFFICES OF
DAVID A. BUFALINI
A PROFESSIONAL SERVICE CORPORATION
2915 N. McCarver
Suite 100
Tacoma, WA 98403-3545
Telephone (253) 272-2100
Fax (253) 272-0960
www.bufalinilaw.com

1  Presented by:

2  LAW OFFICES OF DAVID A. BUFALINI, P.S.

3  
4  _____ 8262
   David A. Bufalini
   Attorney for Plaintiffs
5

6  *Approved as to form and content,*
   *notice of presentation waived:*
7

8  _____*see attached*_____
   Philip J. VanDerhoef              14564
9  Attorney for Defendant Franciscan Health System

10 
11 _____ 14257
   Kimberly D. Baker
   Attorney for Defendants Guidant Corporation and Guidant Sales Corporation
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 STIPULATION AND ORDER ALLOWING AMENDMENT OF
   SUMMONS AND COMPLAINT                    - 3 -

LAW OFFICES OF
DAVID A. BUFALINI
A PROFESSIONAL SERVICE CORPORATION
2915 N. McCarver
Suite 100
Tacoma, WA 98403-3836
Telephone (253) 272-2100
Fax (253) 272-8966
www.bufalinilaw.com

*Presented by:*

LAW OFFICES OF DAVID A. BUFALINI, P.S.

_See attached_
David A. Bufalini           8262
Attorney for Plaintiffs

*Approved as to form and content,
notice of presentation waived:*

Philip J. VanDerhoef         14564
Attorney for Defendant Franciscan Health System

_See attached_
Kimberly D. Baker            14257
Attorney for Defendants Guidant Corporation and Guidant Sales Corporation

STIPULATION AND ORDER ALLOWING AMENDMENT OF
SUMMONS AND COMPLAINT           - 3 -

LAW OFFICES OF
DAVID A. BUFALINI
A Professional Service Corporation
3916 N. McCarver
Suite 100
Tacoma, WA 98403-5496
Telephone (253) 272-7100
Fax (253) 272-0986
www.bufalinilaw.com